National Utility Service, Inc., Appellant, v. Howard Foundry Company, Appellee.

Gen. No. 44,572.

opinion filed January 26, 1949; rehearing denied February 11, 1949; released for publication February 15, 1949. Rappaport, Clorfene & Rappaport, for appellant; Ode L. Randin, of counsel; Dempsey, Mills & Casey, for appellee; Lawrence C. Mills and John W. Mills, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.